IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES A. COOK                                                                                            PLAINTIFF

      v.                                         CIVIL NO. 10-2005

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                  DEFENDANT

## **MEMORAMDUM OPINION**

      James Cook ("plaintiff") brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying his applications for disability insurance benefits ("DIB") and supplemental security income ("SSI"). (Doc. # 1). The defendant filed an answer to plaintiff's action on March 23, 2010, asserting that the findings of the Commissioner were supported by substantial evidence and were conclusive. (Doc. # 10).

      On July 1, 2010, the Commissioner, having changed positions, filed a motion requesting that plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order to conduct further administrative proceedings. (Doc. # 14). The defendant states that, upon remand, a new hearing will be held and additional evidence will be obtained from a consultative examination to clarify plaintiff's ability to perform gross and fine manipulation with his hands on a sustained basis for work-related activities.

      The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider new,

material evidence that was for good cause not presented before the agency.  The Fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g); *Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993).

Here, we find remand for the purpose of the ALJ to further evaluate the evidence as addressed above, appropriate. Therefore, the Commissioner's motion to remand is hereby **GRANTED** and the case is remanded to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

DATED this <u>6th</u> day of July 2010.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE